**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-14027 |
| | § | |
| YOUSEF DISI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $7,723.00 | Assets Exempt: | $6,550.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,149.43 | Claims Discharged Without Payment: | $36,422.18 |
| Total Expenses of Administration: | $2,071.11 | | |

3)      Total gross receipts of $6,231.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,010.46 (see **Exhibit 2**), yielded net receipts of $5,220.54 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $12,052.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,071.11 | $2,071.11 | $2,071.11 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $38,041.00 | $36,271.61 | $36,271.61 | $3,149.43 |
| **Total Disbursements** | $50,093.00 | $38,342.72 | $38,342.72 | $5,220.54 |

4).  This case was originally filed under chapter 7 on 05/04/2017.  The case was pending for 18 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/19/2018</u>                    By:   <u>/s/ David P. Leibowitz</u>

                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Federal Income Tax Refund | 1224-000 | $1,531.00 |
| Fraudulent transfer claim for funds Debtor transferred to non-filing spouse | 1241-000 | $4,700.00 |
| **TOTAL GROSS RECEIPTS** | | $6,231.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| YOUSEF DISI | Funds to Third Parties | 8500-002 | $1,010.46 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,010.46 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finan | 4110-000 | $12,052.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $12,052.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,272.05 | $1,272.05 | $1,272.05 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $14.80 | $14.80 | $14.80 |
| Green Bank | 2600-000 | NA | $42.99 | $42.99 | $42.99 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $727.50 | $727.50 | $727.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $13.77 | $13.77 | $13.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,071.11 | $2,071.11 | $2,071.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-900 | $3,363.00 | $4,347.92 | $4,347.92 | $377.53 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $3,220.00 | $3,220.50 | $3,220.50 | $279.63 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $9,158.00 | $9,158.62 | $9,158.62 | $795.23 |
| 4 | Malet Realty, LTD A/A/F Worth Plaza | 7100-000 | $19,000.00 | $19,544.57 | $19,544.57 | $1,697.04 |
| | Chase Card | 7100-000 | $3,300.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $38,041.00 | $36,271.61 | $36,271.61 | $3,149.43 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1        Exhibit 8

| | |
|---|---|
| Case No.: 17-14027 | Trustee Name: David Leibowitz |
| Case Name: DISI, YOUSEF | Date Filed (f) or Converted (c): 05/04/2017 (f) |
| For the Period Ending: 11/19/2018 | §341(a) Meeting Date: 06/12/2017 |
| | Claims Bar Date: 10/10/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2014 Honda CRV 60000 miles | $8,775.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** updated per amended schedules filed 8/8/2017 (dkt #26) Car Max Appraisal received: $12,000 | | | | | |
| 2 | used household goods, furniture, sectional, dining room table, living room set, bedrom set, | $500.00 | $0.00 | | $0.00 | FA |
| 3 | used consumer electronics, tv, lapop, cell phone | $400.00 | $0.00 | | $0.00 | FA |
| 4 | used clothing | $150.00 | $0.00 | | $0.00 | FA |
| 5 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Business Checking Bank of America | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** Business bank account, used personally as well--asset deleted in amended schedules and value incorporated into scheduled value of Ideal Outlet, Inc. (see asset #7) | | | | | |
| 7 | I Deal Outlet Inc 100% Independent Broker for Exporting of Goods- Debtor receives funds from Kuwait and then he purchases the necessary goods and sends them to Kuwait. He purchases automotive parts and exports them to Kuwait. He makes 5% on each transaction. The business does not have any assets and he does 1 or 2 transactions a year. | $3,098.00 | $798.00 | | $0.00 | FA |
| | **Asset Notes:** Updated per amended schedules. Note that the description of the business was scheduled as a second business asset; however, the Debtor only owns I Deal Outlet Inc. - as such, the two scheduled businesses are really a single asset. | | | | | |
| 8 | Security Deposit - Landlord (used by landlord to pay June, 2017 rent) | $1,250.00 | $550.00 | | $0.00 | FA |
| | **Asset Notes:** Updated per amended schedule B filed 08/08/2017 (dkt #26). | | | | | |
| 9 | Fraudulent transfer claim for funds Debtor transferred to non-filing spouse **(u)** | $0.00 | $7,500.00 | | $4,700.00 | FA |
| | **Asset Notes:** Settlement for $4,700 approved by order dated 11/16/2017 (dkt. #45). | | | | | |
| 10 | 2017 Federal Income Tax Refund **(u)** | $0.00 | $520.54 | | $1,531.00 | FA |
| | **Asset Notes:** Debtor's pro-rated portion: $1,010.46. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $14,273.00 | $9,368.54 | | $6,231.00 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2        Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 17-14027 | |
| **Case Name:** | DISI, YOUSEF | |
| **For the Period Ending:** | 11/19/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 05/04/2017 (f) |
| **§341(a) Meeting Date:** | 06/12/2017 |
| **Claims Bar Date:** | 10/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

06/30/2018   2018 Reporting Period:
TFR submitted for UST review on July 31, 2018.

06/30/2017   2017 Reporting Period:
During the 341 meeting, Debtor explained that iDeal Outlet Inc. is a corporation which Debtor owns, selling goods overseas in the Middle East.  Post-341, he provided some of the requested documents, and his attorney indicated that he was amending the SOFA to reflect a transfer of $7500 from Debtor to Debtor's spouse for her to "pay some credit card bills" shortly before the filing date.

The Trustee will pursue the transfers as well as examine Debtor's business dealings.

**Initial Projected Date Of Final Report (TFR):**   07/02/2018       **Current Projected Date Of Final Report (TFR):**   07/31/2018

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-14027 | | Trustee Name: | David Leibowitz |
| Case Name: | DISI, YOUSEF | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9247 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 10/06/2017 | (9) | DISI, YOUSEF | Recovery of fraudulent transfer to non-filing spouse (settlement approved by order entered 11/16/2017, dkt #45  (payment 1 of 2) | 1241-000 | $3,500.00 | | $3,500.00 |
| 10/12/2017 | (9) | DISI, YOUSEF | Recovery of fraudulent transfer to non-filing spouse (payment 2 of 2) | 1241-000 | $1,200.00 | | $4,700.00 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.98 | $4,694.02 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.33 | $4,686.69 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.56 | $4,679.13 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.55 | $4,671.58 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.80 | $4,664.78 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.77 | $4,657.01 |
| 04/18/2018 | | US Treasury | 2017 Federal Income Tax Refund | * | $1,531.00 | | $6,188.01 |
| | {10} | | Estate Portion - 2017 Federal Income Tax Refund   $520.54 | 1224-000 | | | $6,188.01 |
| | {10} | | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund   $1,010.46 | 1280-000 | | | $6,188.01 |
| 04/18/2018 | 3001 | YOUSEF DISI | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-002 | | $1,010.46 | $5,177.55 |
| 09/27/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,272.05 | $3,905.50 |
| 09/27/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $14.80 | $3,890.70 |
| 09/27/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $727.50; Distribution Dividend: 100.00%; | 3110-000 | | $727.50 | $3,163.20 |
| 09/27/2018 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $13.77; Distribution Dividend: 100.00%; | 3120-000 | | $13.77 | $3,149.43 |
| 09/27/2018 | 3006 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: $4,347.92; Distribution Dividend: 8.68%; | 7100-900 | | $377.53 | $2,771.90 |
| 09/27/2018 | 3007 | PYOD, LLC its successors and assigns as assignee | Claim #: 2; Amount Claimed: $3,220.50; Distribution Dividend: 8.68%; | 7100-900 | | $279.63 | $2,492.27 |
| 09/27/2018 | 3008 | PYOD, LLC its successors and assigns as assignee | Claim #: 3; Amount Claimed: $9,158.62; Distribution Dividend: 8.68%; | 7100-900 | | $795.23 | $1,697.04 |
| | | | **SUBTOTALS** | | $6,231.00 | $4,533.96 | |

Page No: 2

Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-14027 | | Trustee Name: | David Leibowitz |
| Case Name: | DISI, YOUSEF | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9247 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/27/2018 | 3009 | Malet Realty, LTD A/A/F Worth Plaza | Claim #: 4; Amount Claimed: $19,544.57; Distribution Dividend: 8.68%; | 7100-000 | | $1,697.04 | $0.00 |
| | | | TOTALS: | | $6,231.00 | $6,231.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $6,231.00 | $6,231.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,231.00 | $6,231.00 | |

| **For the period of** 5/4/2017 to 11/19/2018 | | **For the entire history of the account between** 10/06/2017 to 11/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,231.00 | Total Compensable Receipts: | $6,231.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,231.00 | Total Comp/Non Comp Receipts: | $6,231.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,220.54 | Total Compensable Disbursements: | $5,220.54 |
| Total Non-Compensable Disbursements: | $1,010.46 | Total Non-Compensable Disbursements: | $1,010.46 |
| Total Comp/Non Comp Disbursements: | $6,231.00 | Total Comp/Non Comp Disbursements: | $6,231.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3          Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-14027 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DISI, YOUSEF | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9247 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/4/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | $6,231.00 | $6,231.00 | $0.00 |

| **For the period of 5/4/2017 to 11/19/2018** | | **For the entire history of the case between 05/04/2017 to 11/19/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,231.00 | Total Compensable Receipts: | $6,231.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,231.00 | Total Comp/Non Comp Receipts: | $6,231.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,220.54 | Total Compensable Disbursements: | $5,220.54 |
| Total Non-Compensable Disbursements: | $1,010.46 | Total Non-Compensable Disbursements: | $1,010.46 |
| Total Comp/Non Comp Disbursements: | $6,231.00 | Total Comp/Non Comp Disbursements: | $6,231.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ